# United States District Court
# For The Western District of North Carolina
# Statesville Division

NANCY L. OVERCASH,

    Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　CASE NO. 5:07CV123

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2011, Order.

                    Signed: February 28, 2011

                    Frank G. Johns, Clerk
                    United States District Court